**DISMISS and Opinion Filed May 15, 2024**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00295-CV

**CHARLOTTE CARROLL, Appellant**
**V.**
**SERPE ANDREWS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06476-E**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellant's May 3, 2024 motion to dismiss the appeal without prejudice. We grant the motion to the extent we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

240295f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHARLOTTE CARROLL,
Appellant

No. 05-24-00295-CV     V.

SERPE ANDREWS, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-23-06476-E.

Opinion delivered by Justice Breedlove, Justices Smith and Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 15, 2024.